FILED
SEP -1 AM 9:28
[district court stamp]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80182 MISC

Douglas Paul Hinds - #93307

_____/

**ORDER TO SHOW CAUSE**

It appearing that Douglas Paul Hinds has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Douglas Paul Hinds
Attorney at Law
1150 Union Street #704
San Francisco, CA 94109